UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 17-1010-MWF(KKx)**                             Dated: **June 16, 2017**

Title:      Theresa Brooke -*v*- Everest Hotel, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                  None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed June 14, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 17, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**